UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RICKY McCLOUD**                                              **CIVIL ACTION**

**VERSUS**                                                     **NO. 09-3287**

**PUBLIC DEFENDER DAVID CRAIG, JR., ET AL.**                   **SECTION: "A"(1)**

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary relief against a defendant who is immune from such relief.

**IT IS FURTHER ORDERED** that the **Plaintiff's Motion for Leave to File Amended Complaint (Rec. Doc. 13)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 17th day of August, 2009.

_____
**UNITED STATES DISTRICT JUDGE**